IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jill Overstreet,                                        Case No. 3:24 CV 1483

            Plaintiff,                          O R D E R

      -vs-                                       JUDGE JACK ZOUHARY

Bowling Green State University, et al.,

            Defendants.


    Zoom Status Conference held on July 11, 2025.  Counsel present: Lawrence Katz for Plaintiff;

Nick Bartlett for Defendants.

    Counsel shall meet and confer with their respective clients to discuss settlement; settlement

positions should then be shared in an attempt to resolve this case. If Court assistance is needed,

counsel may contact Chambers (chambers_zouhary@ohnd.uscourts.gov).

    The pending Motion to Dismiss is fully briefed (Docs. 8–10).  A Record Zoom Hearing is

scheduled for **Thursday, July 24, 2025 at 9:15 AM EDT.**  The corresponding Zoom link will be

provided to counsel by email.

    IT IS SO ORDERED.

                                          s/ *Jack Zouhary*
                                          JACK ZOUHARY
                                          U. S. DISTRICT JUDGE

                                          July 11, 2025